IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PATRICK PHILLIP COTTER, #1108815 | * |
| | * |
| Plaintiff | * |
| v | *   Civil Action No. 3:05-CV-2225-H |
| | * |
| DALLAS COUNTY SHERIFF, et al. | * |
| | * |
| Defendants | * |

**O R D E R**

On May 25, 2006, the United States Magistrate Judge filed his Findings, Conclusions and Recommendation. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

DATED: June 15, 2006.

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS